NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECEIVABLES EXCHANGE, LLC., a limited liability company,<br>  Plaintiff,<br><br>  vs.<br>TRMUSICGROUP, a Nevada corporation; TEDDY RILEY, an individual; LAURA RILEY, an individual; STORM DUBOIS, an individual; and DOES 1 through 10, inclusive,<br>  Defendants | Case No.: 2:14-cv-09219-DSF-FFMx<br><br>**PROTECTIVE ORDER** |

Upon stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that the Court approves the parties Stipulated Protective Order and enters a Protective Order in this matter subject to the following terms:

### PROTECTIVE ORDER

1. In connection with discovery proceedings, in this action, the parties may designate any document, thing, material, testimony or other information derived therefrom, as "Confidential" under the terms of this Stipulated Protective Order (hereinafter "Order"). Confidential information is information which has not been made public, the disclosure of which information would subject any person, firm,

partnership, corporation, or organization to unwarranted annoyance, embarrassment, and/or oppression; or would infringe on the right to privacy of any person.

2. By designating a document, thing, material, testimony, or other information derived therefrom as "confidential" under the terms of this order, the party making the designation is certifying to the court that there is a good faith basis both in law and in fact for the designation within the meaning of Federal Rule of Civil Procedure 26(g).

3. Confidential documents shall be so designated by stamping copies of the document produced to a party within the legend "CONFIDENTIAL."  Stamping the legend "CONFIDENTIAL" on the cover of any multipage document shall designate all pages of the document as confidential, unless otherwise indicated by the producing party.

4. Testimony taken at deposition, ~~conference, hearing or trial~~ may be designated as confidential by making a statement to that effect of the record at the deposition ~~or other proceeding~~.  **(FFM)** Arrangements shall be made with the court reporter taking and transcribing such proceeding to separately bind such portions of the transcript containing information designated as confidential, and to label such portions appropriately.

5. Material designated as confidential under this Order, the information contained therein, and any summaries, copies, abstracts, or other documents derived in whole or in part from material designated as confidential (hereinafter "Confidential Material") shall be used only for the purpose of the prosecution, defense, or settlement of this action, and for no other purpose.

6. Confidential Material produced pursuant to this Order may be disclosed or made available only to the Court, to counsel for a party (including paralegal, clerical and secretarial staff employed by such counsel), and to the "qualified persons" designated below:

(a) a party, agent of a party or an officer, director, or employee of a party deemed necessary by counsel to aid in the prosecution, defense, or settlement of this action;

(b) experts or consultants (together with their clerical staff) retained by such counsel to assist in the prosecution, defense, or settlement of this action;

(c) court reporter(s) employed in this action;

(d) a witness at any deposition or other proceeding in this action; and

(e) any other persons as to whom the parties in writing agree.

Prior to receiving any Confidential Material, such "qualified person" shall be provided with a copy of this Order and shall execute a nondisclosure agreement in the form of Attachment A, a copy of which shall be provided forthwith to counsel for each other party and for the parties.

7. Any further Depositions which may disclose the Confidential Material and/or Information shall be taken only in the presence of qualified persons.

8. If Confidential Material, including any portion of a deposition transcript designated as Confidential, is included in any papers to be filed in Court, such papers shall be labeled "Confidential—Subject to Court Order" and **submitted with an application for filing** ~~filed~~ under seal **pursuant to Local Rule 79** ~~until further order of this Court~~. **(FFM)**

9. In the event that any Confidential Material is used in any court proceeding in this action, ~~it shall not lose its confidential status through such use, and~~ the party using such shall take all reasonable steps to maintain its confidentiality during such use. **(FFM)**

10. This Order shall be without prejudice to the right of the parties (i) to bring before the Court at any time the question of whether any particular document or information is confidential or whether its use should be restricted or (ii) to present a motion to the Court under FRCP 26(c) for a separate protective order as to any

particular document or information, including restrictions differing from those as specified herein.  This Order shall not be deemed to prejudice the parties in any way in any future application for modification of this Order.

11. This Order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action without involving the Court unnecessarily in the process.  Nothing in this Order nor the production of any information or document under the terms of this Order nor any proceedings pursuant to this Order shall be deemed to have the effect of an admission or waiver by either party or of alerting the confidentiality or nonconfidentiality of any such document or information or altering any existing obligation of any party or the absence thereof.

12. This Order shall survive the final termination of this action, to the extent that the information contained in Confidential Material is not or does not become known to the public, and the Court shall retain jurisdiction to resolve any dispute concerning the use of the information disclosed hereunder.  Upon termination of this case, counsel for the parties shall assemble and return to each other all documents, material and deposition transcripts designated as confidential and all copies of the same, or shall certify the destruction thereof.

**If a party to whom Confidential Material has been produced is subpoenaed or ordered by another court or administrative agency to produce information that is subject to this protective order, such party shall notify promptly the party who produced the material of the pending subpoena or order.  It is the producing party's responsibility to take whatever action it deems appropriate to challenge the subpoena or order in the issuing court or agency.  The party subject to the subpoena or order shall not produce any Confidential Materials in advance of the date required by the subpoena or**

/ / /

/ / /

**order.  Nothing herein shall be construed as relieving anyone subject to this order from any obligation to comply with a validly issued subpoena or order. (FFM)**

DATED:  October 20, 2015

                                      <u>/S/ FREDERICK F. MUMM</u>
                                      Hon. Frederick F. Mumm
                                      MAGISTRATE JUDGE

# ATTACHMENT A
# NONDISCLOSURE AGREEMENT

I, _____ do solemnly swear that I am fully familiar with the terms of the Stipulated protective Order entered in *The Receivables Exchange, LLC v. TR Music Group, et al*, United States District Court, Central District of California, Case No. 2:14-cv-09219-DSF-FFM, and hereby agree to comply with and be bound by the terms and conditions of said Order unless and until modified by further Order of this Court. I hereby consent to the jurisdiction of said Court for purposes of enforcing this Order.

Dated:_____

_____